

# Fourth Court of Appeals
## San Antonio, Texas

February 6, 2017

No. 04-16-00815-CV

**CITY OF PEARSALL** (Cross-Appellee),
Appellant

v.

Robert **TOBIAS** (Cross-Appellant),
Appellee

From the 81st Judicial District Court, Frio County, Texas
Trial Court No. 13-10-00414-CVF
Honorable Russell Wilson, Judge Presiding

## O R D E R

The joint motion for extension of time to file appellant's brief and cross appellant's brief is hereby GRANTED. Time is extended to March 15, 2017.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of February, 2017.

Keith E. Hottle
Clerk of Court